UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| RAYMOND V. BURKART, JR. | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 17-12646 |
| PPG INDUSTRIES, INC., ET AL | * | SECTION "F" |

## ORDER OF RECUSAL

In accordance with Title 28, Section 455, the undersigned hereby disqualifies himself from handling this matter; accordingly,

IT IS ORDERED that the Clerk of Court reallot this matter to another Section of this Court.

New Orleans, Louisiana, December 8, 2017.



MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

12/8/17



REALLOTTED TO
**SECT. J**