UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYMOND V. BURKART, JR., | * | CIVIL ACTION NO. 2:17-cv-12646 |
| Plaintiff | * | |
| versus | * | SECTION: J(1) |
| PPG INDUSTRIES, INC., ET AL | * | JUDGE CARL BARBIER |
| Defendants. | * | |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, comes Huntington Ingalls Incorporated (f/k/a Northrop Grumman Shipbuilding, Inc., f/k/a Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries, Inc., f/k/a Avondale Shipyards, Inc.) (collectively referred to as "Avondale"), hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order granting remand for the plaintiff, Raymond V. Burkart, Jr., entered in this action on April 11, 2018 [Doc. No. 91]. This action was removed to federal court under 28 U.S.C. § 1442(a)(1) (the federal officer statute), and this appeal is taken under 28 U.S.C. § 1447(d).

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/ David M. Melancon*
GUS A. FRITCHIE (#5751)
TIMOTHY F. DANIELS (#16878)
DAVID M. MELANCON (# 23216)
EDWARD W. TRAPOLIN (#27667)
ALISON A. SPINDLER (#34103)
ALEX T. ROBERTSON (#37285)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504)310-2100
Facsimile: (504)310-2101
gfritchie@irwinllc.com
dmelancon@irwinllc.com
tdaniels@irwinllc.com
etrapolin@irwinllc.com
arobertson@irwinllc.com
aspindler@irwinllc.com
***Attorneys for Huntington Ingalls Incorporated***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means on the 12th day of April, 2018.

*/s/ David M. Melancon*