IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-30456
_____

LINDA TURNER GUILLOT,

    Plaintiff - Appellee

v.

HUNTINGTON INGALLS, INCORPORATED, formerly known as Northrop Grumman Shipbuilding, Incorporated, formerly known as Avondale Shipyards, Incorporated, formerly known as Northrop Grumman Ship Systems, Incorporated, formerly known as Avondale Industries, Incorporated; ALBERT L. BOSSIER, JR., as an Executive Officer of Avondale Industries, Incorporated; LAMORAK INSURANCE COMPANY, erroneously referred to as OneBeacon America Insurance Company,

    Defendants - Appellants

----------------------------------
Consolidated with 18-30458

RAYMOND V. BURKHART, JR.,

Plaintiff - Appellee

v.

HUNTINGTON INGALLS, INCORPORATED, formerly known as Northrop Grumman Shipbuilding, Incorporated, formerly known as Northrop Grumman Ship Systems, Incorporated, formerly known as Avondale Industries, Incorporated, formerly known as Avondale Shipyards, Incorporated,

Defendant - Appellant
--------------------------------------

Consolidated with 18-30652

JAMES A. LATIOLAIS,

Plaintiff - Appellee

v.

HUNTINGTON INGALLS, INCORPORATED, formerly known as Northrop Grumman Shipbuilding, Incorporated, formerly known as Northrop Grumman Ship Systems, Incorporated, formerly known as Avondale Industries, Incorporated,

Defendant - Appellant

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

    IT IS ORDERED that the unopposed motion of Appellant Huntington Ingalls, Incorporated to dismiss without prejudice as to case no. 18-30458 is GRANTED.

                                          LYLE W. CAYCE, CLERK
                                  United States Court of Appeals
                                      for the Fifth Circuit
                                        <u>/s/ Lyle W. Cayce__</u>

                  ENTERED AT THE DIRECTION OF THE COURT